# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LINDA BURGENO, | No. CV 18-9066 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED FIFTY-ONE DOLLARS AND 60/100 ($2,951.60) subject to the terms of the stipulation.

Dated: August 5, 2019

/s/ Frederick F. Mumm
The Honorable Frederick F. Mumm
United States Magistrate Judge